ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :        **ORDER**

            - v -                 :        20 Mag. 10159 (UA)

ABDELRAHMAN SEWEID,               :

                Defendant.        :

------------------------------------x

Upon the application of Abdelrahman Seweid, by his attorney Jonathan Marvinny, with the consent of Audrey Strauss, Acting United States Attorney for the Southern District of New York, by Assistant United States Attorneys Jun Xiang and Matthew R. Shahabian, it is hereby ORDERED that the United States Marshals Service and Kingsbrook Hospital make the following accommodations for Mr. Seweid while he is detained at Kingsbrook Hospital:

1.   Mr. Seweid will be permitted phone calls with his counsel — lawyers and staff at Federal Defenders of New York — within a reasonable time of a request by Mr. Seweid or his counsel.  The door to Mr. Seweid's hospital room is to be closed during calls with counsel or in-person conversations with counsel; no U.S. Marshal or contractor personnel is to be in Mr. Seweid's hospital room when he is engaged in conversation with counsel.

2.   Mr. Seweid will be permitted three 30-minute personal calls per week.  These are calls other than to counsel.  The door to Mr. Seweid's room will remain open during these non-counsel calls, and the calls will either be recorded or will take place in the presence of someone from the U.S. Marshals Service who can hear both ends of the call (e.g., on speakerphone). These calls will be logged for date, time, phone number and person calling, and duration.

3.   The U.S. Marshals Service will maintain pens, pencils, paper, and envelopes addressed to the Federal Defenders of New York – all of which are to be provided to the U.S. Marshals Service by the Federal Defenders of New York – and will make these materials available to Mr. Seweid.

4.   The U.S. Marshals Service will pick up and deliver legal mail between Mr. Seweid and his counsel within a reasonable time period after a request is made by Mr. Seweid or the Federal Defenders.

5.   The U.S. Marshals Service and Kingsbrook Hospital will ensure that Mr. Seweid receives at least two showers per week.

6.   Consistent with any applicable COVID-19 restrictions, Mr. Seweid
     is to be permitted one-hour visits with immediate family members
     upon request, with one week's notice to the Marshals Service,
     during which his room will remain open and the guard will
     maintain a line of sight with Mr. Seweid.

7.   Subject to security screening, the U.S. Marshals Service will
     make available to Mr. Seweid books and magazines supplied by
     Federal Defenders of New York.

Dated:   New York, New York          **SO ORDERED:**
         October _9_, 2020

                                     HONORABLE BARBARA MOSES
                                     United States Magistrate Judge